1
2                                                                    O
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10   MICHAEL ANDREWS,                    Case No.  CV 16-08567-PSG (KES)
11              Petitioner,
12   v.                                  **ORDER ACCEPTING FINDINGS  AND**
13                                        **RECOMMENDATIONS OF UNITED**
14   THE STATE OF CALIFORNIA             **STATES MAGISTRATE JUDGE**
     DISTRICT ATTORNEY AND
15   GOVERNOR, et al.,
16              Respondents.
17
18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the
19   records and files herein, along with the Report and Recommendation of the United
20   States Magistrate Judge.  Further, the Court has engaged in a de novo review of those
21   portions of the Report and Recommendation to which objections have been made.
22   The Court accepts the findings, conclusions, and recommendations of the United
23   States Magistrate Judge.
24          IT IS THEREFORE ORDERED that the Petition be dismissed with prejudice.
25   DATED: _____9/25/17_____
26                                        _____
27                                        PHILIP S. GUTIERREZ
                                          United States District Judge
28