JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREWS,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA DISTRICT ATTORNEY AND GOVERNOR, et al.,<br><br>Respondents. | Case No. CV 16-08567-PSG (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition be dismissed with prejudice.

DATED: 5/25/17

_____
PHILIP S. GUTIERREZ
United States District Judge